UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

BALWINDER SINGH,                                                                                    Petitioner,

v.                                                                              Civil Action No. 4:25-cv-96-RGJ

MIKE LEWIS, Hopkins County Jailer;
SAMUEL OLSON, Field Office Director,
Chicago Field Office, Immigration Customs Enforcement,            Respondents.

\* \* \* \* \*

## ORDER TO SHOW CAUSE

Petitioner Balwinder Singh, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court **shall forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on each Respondent and the United States Attorney for the Western District of Kentucky and shall additionally serve the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) **On or before August 26, 2025**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(3) Petitioner may file a reply **on or before August 27, 2025**.

(4) The parties shall appear before this Court for a hearing on the petition on **August 28, 2025, at 12:30 p.m**. Eastern Standard Time at the U.S. Courthouse in Louisville, Kentucky, except that Petitioner's counsel may appear by Zoom. Petitioner may appear by Zoom if the option is available with the Hopkins County Jail and so long as Petitioner's appearance is not required as set forth in the following paragraph.  Counsel may contact the Court's case manager, Ms. Andrea Morgan, at Andrea_Morgan@kywd.uscourts.gov to arrange to appear on Zoom.

(5) "Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained." 28 U.S.C. § 2243. If the Petitioner asserts that there are issues of fact necessary to be addressed in the hearing, then they shall inform the Respondents by **August 27, 2025 and the Respondent shall produce the body of the person detained at the hearing.**

Date: August 21, 2025

Rebecca Grady Jennings, District Judge
United States District Court

cc: Counsel
Respondents, as directed above
U.S. Attorney, WDKY, as directed above
4415.010